Mr. Vanicek v. Lyman-Richey Corporation